```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA                 :
                                         :
         – against –                     :     09 Cr. 940 (TPG)-3
                                         :
EMMANUEL ROY,                            :
                                         :     ORDER
                       Defendant.        :
                                         :
----------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/09

For the reasons stated on the record, defendant's motion to stay his New York State disciplinary proceeding is denied.

SO ORDERED.

Dated: New York, New York
       November 10, 2009

*[signature]*

Thomas P. Griesa
U.S.D.J.