

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2019

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK
U.S.D.J.** 12/19/2019

The status conference is adjourned to February 7, 2020 at 2:30 p.m.

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Constantine Giannakos*
      09 Cr. 940 (VSB)

Dear Judge Broderick:

      The Government writes to respectfully request that the sentencing currently scheduled in the above-captioned matter for this Friday, December 20, 2019 at 2:30 p.m., be adjourned for at least 45 days.  At the initial sentencing conference held before Your Honor on November 21, 2019 (the "November 21st conference"), Your Honor requested, among other things, that the parties make efforts to learn how the defendant's potential incarceration would affect his employment status with his current employer.  It is the Government's understanding that since the November 21st conference, defense counsel have learned some information from the defendant's employer relating to Your Honor's inquiry.  However, despite their best efforts, defense counsel have been unable to arrange for a joint phone call or meeting between the defendant's employer, the Government, and defense counsel, so that the Government may question the defendant's employer regarding that information.  As such, the Government respectfully requests that the defendant's sentencing be adjourned at least 45 days to give the parties more time to arrange a joint phone call or meeting with the defendant's employer, defense counsel, and the Government.  Defense counsel consent to this request.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By: _____
    Robert L. Boone
    Assistant United States Attorney

cc:  Defense Counsel (by email)