| PROB 22<br>(Rev. 2/88)<br><br>**TRANSFER OF JURISDICTION** | FILED IN THE<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON<br><br>**Jun 30, 2020**<br><br>SEAN F. McAVOY, CLERK | DOCKET NUMBER *(Tran. Court)*<br>09 CR 940-3 (CM)<br><br>DOCKET NUMBER *(Rec. Court)*<br>2:20-CR-78-TOR-1 |
|---|---|---|

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>**Emmanuel Roy**<br>**Washington** | DISTRICT<br><br>**SOUTHERN DISTRICT OF NEW YORK** | |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>**Colleen McMahon, Chief U.S. District Judge** | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>**4/28/2020** | TO<br>**04/27/23** |

**OFFENSE**

Count 1: Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. 1349, a Class C Felony. Count 2 – 4: Wire Fraud, in violation of 18 U.S.C. 1343, a Class C Felony. Count 5: Conspiracy to Commit Wire Fraud and Bank Fraud, in violation of 18 U.S.C. 1349, a Class B Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>"SOUTHERN DISTRICT OF NEW YORK"</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 6/29/20 | |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| June 30, 2020 | Thomas O. Rice |
|---|---|
| Effective Date | Chief United States District Judge |